**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| The Estate of Alberto Ferreira, through its executor, Antonio Carlos Ferreira Lima;<br><br><br>Plaintiff,<br><br>v.<br><br>MSC Cruises (USA), LLC, a Delaware limited liability company; and DOES 1-10,<br><br>Defendants. | Case No.: 1:26-cv-01974-DLC<br><br>**PROOF OF SERVICE OF**<br>**SUMMONS AND COMPLAINT** |

PROOF OF SERVICE

Case 1:26-cv-01974-DLC    Document 6    Filed 03/13/26    Page 2 of 2

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-1974

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   MSC CRUISES (USA), LLC

was received by me on *(date)*    03/25/2026               .

□  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

□  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

■  I served the summons on *(name of individual)*  HARVARD BUSINESS SERVICES, INC., AS AGENT, ACCEPTED BY ALLISON RATHMANNER (MANAGING AGENT EMPLOYED AT REG. AGENT)       , who is

designated by law to accept service of process on behalf of *(name of organization)*    MSC CRUISES (USA), LLC

16192 COASTAL HWY, LEWES, DE 19958 AT 2:10 PM         on *(date)* 03/25/2026        ; or

□  I returned the summons unexecuted because _____ ; or

□  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00        .

I declare under penalty of perjury that this information is true.

Date:  03/25/2026                    _____
                                                         *Server's signature*

                                   FRANK PRITCHETT   PROCESS SERVER
                                   _____
                                                         *Printed name and title*

                                   BRANDYWINE PROCESS SERVERS, LLC
                                   PO BOX 1360, WILMINGTON, DE 19899
                                                     302-475-2600
                                   _____
                                                         *Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT WITH JURY TRIAL DEMAND; NOTICE OF INITIAL PRETRIAL CONFERENCE;