# WUERSCH GERING

WUERSCH & GERING LLP
Wall Street Plaza
88 Pine Street, 20th Floor
New York, NY 10005
wg-law.com

April 14, 2026

Hon. Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:   *Estate of Alberto Ferreira v. MSC Cruises (USA) LLC, et al.*
      1:26-cv-1794JPO (S.D.N.Y)

Your Honor:

We represent Defendant MSC Cruises (USA) LLC in this action.

Plaintiff Estate of Alberto Ferreria filed this action on March 10, 2026. Defendant's response to the Complaint falls due on April 15, 2026.

The parties are engaged in settlement discussions and have agreed, with Your Honor's permission, to extend the time for Defendant's response to April 29, 2026, with your Honor's Initial Conference for May 14, 2026 to remain in place.

The parties have not requested a previous adjournment or extension in the case. Plaintiff joins with Defendant in requesting this extension.

Respectfully submitted,

Kevin Murphy