

Attorneys admitted in
California, New York,
Texas, Pennsylvania, Colorado,
and Illinois

Sender's contact:
djenkins@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

June 8, 2026

*[Handwritten: Denied. The Court was notified that the parties had reached a settlement in principle on May 7. The answer or other response to the complaint was originally due April 15. The]*

**DELIVERED VIA ECF**
The Honorable Judge Denise Cote
United States District Court
500 Pearl Street
New York, New York 10007-1312
Courtroom 18B

**Case Title:**    *Estate of Alberto Ferreira v. MSC Cruises*
1:26-cv-01974-DLC
**Re:**    **Request for To Extend Deadline to Reopen, in the
Alternative to Reopen**

*[Handwritten: defendant shall respond to the complaint by June 11. A conference will be]*

Your Honor:

This office represents Plaintiff, The Estate of Alberto Ferreira, in the above referenced action. We respectfully request that the Court extend the deadline to reopen this matter for forty-five (45) days. The deadline to reopen this action is currently set for June 8, 2026, or in the alternative to reopen this matter.

Good cause exists for this request. The parties have continued negotiating the terms of a final settlement agreement but require additional time to execute and perform their obligations under that agreement. The parties believe this will be completed within forty-five (45) days of the current deadline to reopen this matter.

In light of the foregoing, the parties respectfully request that the Court provide the parties an additional forty-five (45) days to finalize settlement, or in the alternative to reopen this matter for the limited purpose of allowing for time to finalize settlement. This is the parties' first request of this nature. Defendant consents to this request. We thank Your Honor for your attention to this matter.

*[Handwritten: held at 3:30 pm on June 12 in Courtroom 18D.]*

Respectfully submitted, *[Handwritten: 12 in Courtroom 18D.]*

*[Handwritten: The Clerk of Court shall restore this action to the Court's calendar.]*

By:    */s/ David M.S. Jenkins*
David M.S. Jenkins, Esq.
DONIGER / BURROUGHS
For the Plaintiff

**SO ORDERED.**

Dated: _____, 2026
New York, New York

_____
Honorable Denise Cote
United States District Court Judge

*[Handwritten signature: Denise Cote]*
*[Handwritten: 6/9/26]*